

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2014

No. 04-14-00086-CV

**IN THE INTEREST OF Y.G.B., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00166
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On January 21, 2014, the trial court signed an order terminating Appellant's rights to his child Y.G.B. On February 4, 2014, Appellant filed a pro se notice of appeal. On February 7, 2014, court-appointed counsel Joe K. Bohac also filed a notice of appeal.

On March 26, 2014, Appellant filed a letter asking this court for help with his appeal. Appellant has court-appointed counsel to assist him with his appeal. Counsel's contact information is as follows:

The Law Office of Joe K. Bohac
111 Soledad Street, Suite 300
San Antonio, Texas 78205
210-308-0600
210-308-0678 (Fax)
joe@bohac.net

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2014.

Keith E. Hottle
Clerk of Court